# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

JOHN R. BOUNDS,

*Plaintiff*

v.

UNITED STATES POSTAL SERVICE

*Defendant*

Civil Action No. 2:15-CV-00171-SAB

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  1. Defendant's Partial Motion to Dismiss, ECF No. 11, is GRANTED.
2. To the extent Plaintiff's claims sound in tort theory, they are dismissed for lack of subject-matter jurisdiction, all other theories of recovery remain.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Stanley A. Bastian  on a motion for Dismissal.

Date:  01/29/2016

CLERK OF COURT

SEAN F. McAVOY

s/ Allison Yates
*(By) Deputy Clerk*

Allison Yates