UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOHN R. BOUNDS,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES POSTAL SERVICE,<br><br>    Defendant. | No. 2:15-cv-00171-SAB<br><br>**ORDER ENTERING STIPULATION OF DISMISSAL AND DISMISSING CLAIMS** |

Before the Court is the parties' Joint Stipulation and Motion for Order of Dismissal, ECF No. 19. The parties stipulate to dismissal of the above matter and that Plaintiffs' claims should be dismissed with prejudice and without fees or costs to any party. The Court hereby **accepts** the stipulation, **enters** it into the record, and **closes** the case.

//
//
//
//
//
//
//
//
//

**ORDER ENTERING STIPULATION OF DIMISSAL AND DISMISSING CLAIMS** + 1

Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Joint Stipulation AND Motion for Order of Dismissal, ECF No. 19, is accepted, and **entered** into the record.

2. Plaintiffs' claims are **dismissed with prejudice**. No party shall pay fees or costs.

**IT IS SO ORDERED.** The Clerk of Court is directed to enter this Order, forward copies to counsel, and **CLOSE** the file.

**DATED** this 24th day of October, 2016.



Stanley A. Bastian
United States District Judge

**ORDER ENTERING STIPULATION OF DIMISSAL AND DISMISSING CLAIMS** + 2